No. 86–5130. HAYNES v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 86–5159. FREEBURG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5218. PORTER v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 86–5256. KENNEDY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 86–5356. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5439. YATES v. SECRETARY OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 86–5444. ABUSHAAR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–5457. CULBRETH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–5466. RECTOR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5469. WRIGHT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5477. DONALDSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–5485. JOHNPOLL v. CARLSON, DIRECTOR, UNITED STATES BUREAU OF PRISONS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–5488. IN RE BRYANT. C. A. 11th Cir. Certiorari denied.

No. 86–5492. KEARNEY v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.